# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VINCENT FRANCO,<br><br>    Defendant. | Case Nos. 2:03-CR-00570-KJD-RJJ<br>2:06-CV-01415-KJD-LRL<br><br>**ORDER** |

On November 3, 2006, Movant Vincent Franco filed a Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#56). Plaintiff filed a response in opposition (#59). Movant has now filed a Motion to Withdraw "Motion Pursuant to 28 U.S.C. § 2255" (#60). The Court liberally construes this motion as one seeking voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. See Boag v. MacDougall, 454 U.S. 364, 365 (1982). After having read and considered the motion, and good cause finding,

IT IS HEREBY ORDERED that the Motion to Withdraw Defendant Franco's "Motion Pursuant to 28 U.S.C. § 2255" (#60) is **GRANTED**.

IT IS FURTHER ORDERED that case no. 2:06-CV-01415-KJD-LRL is **DISMISSED WITHOUT PREJUDICE**.

DATED this 18th day of December 2006.

_____
Kent J. Dawson
United States District Judge